IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DELORIS HAYES,<br><br>   Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>   Defendant. | Case No. 1:24-CV-32-TAV-CHS |

## JOINT NOTICE OF SETTLEMENT

  Plaintiff Deloris Hayes and Defendant The Lincoln National Life Insurance Company, through their counsel of record, hereby notify the Court that the parties have reached an agreement to settle and resolve all of Plaintiff's claims against Defendant which are a subject of this lawsuit. The parties intend to file a stipulation of dismissal with prejudice upon completion of the settlement.

[*Signature Page Follows*]

Dated: January 27, 2025

Respectfully submitted:

ERIC BUCHANAN & ASSOCIATES, PLLC

/s/ Hudson Ellis
Hudson T. Ellis (TN Bar #028330)
ellish@buchanandisability.com
414 McCallie Avenue
Chattanooga, Tennessee 37402
(423) 634-25-6
(423) 634-2505 (fax)

Local Counsel

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.
ATTORNEY-IN-CHARGE FOR PLAINTIFF,
DELORIS HAYES

/s/ Britney Anne Heath McDonald
Britney Anne Heath McDonald
Tex. Bar No. 24083158
Fed. I.D. No. 2621983
britney@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940

Attorneys for Plaintiff Deloris Hayes

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

/s/ Jill Novak Dalrymple
Jill Novak Dalrymple, TN #038801
Truist Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908

Attorneys for Defendant The Lincoln National Life
Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

ERIC BUCHANAN & ASSOCIATES, PLLC

/s/ Hudson Ellis
Hudson T. Ellis (TN Bar #028330)
ellish@buchanandisability.com
414 McCallie Avenue
Chattanooga, Tennessee 37402
(423) 634-25-6
(423) 634-2505 (fax)

Local Counsel

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.
ATTORNEY-IN-CHARGE FOR PLAINTIFF,
DELORIS HAYES

/s/ Britney Anne Heath McDonald
Britney Anne Heath McDonald
Tex. Bar No. 24083158
Fed. I.D. No. 2621983
britney@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940

Attorneys for Plaintiff Deloris Hayes

/s/ Jill Novak Dalrymple